IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:09CR3023 |
| v. | ) | |
| MATTHEW A. CAMPBELL, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED:

Defendant's motion to extend deadline, filing no. 19, is granted and the deadline for defendant Campbell to file pretrial motions is extended to June 11, 2009.

DATED this 18th day of May, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge