IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3023 |
| | ) | |
| v. | ) | |
| | ) | |
| MATTHEW A. CAMPBELL, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant has filed a speedy trial waiver in regard to his motion to extend deadline (filing no. 19).

IT THEREFORE HEREBY IS ORDERED,

The ends of justice will be served by granting such a motion, and outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between May 18, 2009 and June 11, 2009 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, for the reason that the parties require additional time to adequately prepare the case, taking into consideration due diligence of counsel, the novelty and complexity of the case, and the fact that the failure to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 21st day of May, 2009.

BY THE COURT:

s/ David L. Piester
David L. Piester
United States Magistrate Judge