IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3023 |
| | ) | |
| v. | ) | |
| | ) | |
| MATTHEW A. CAMPBELL, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

    The defendant is charged with violating 18 U.S.C. §§ 2252(a)(2) and 2252(a)(4)(B) by knowingly receiving and possessing child pornography mailed, shipped, or transported in interstate commerce. (Filing No. 1). The court entered an order imposing electronic monitoring and restricting the defendant's contact with children (other than his fiancé's children) as conditions of defendant's pretrial release. (Filing No. 9). The defendant now seeks to remove these conditions. (Filing No. 24).

    IT IS ORDERED that on or before June 24, 2009, the parties shall either file a joint stipulation, or their separate briefs outlining their respective positions, on defendant's motion to remove conditions of release in light my rulings in United States v. Rueb, 4:09cr3006, filing no. 38, and United States v. Merritt, 4:09cr3009, filing no. 42.

    DATED this 17th day of June, 2009.

BY THE COURT:

*s/Richard G. Kopf*
United States District Judge