IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3023 |
| | ) | |
| V. | ) | |
| | ) | |
| MATTHEW A. CAMPBELL, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1) The government's motion to continue its deadline for filing a brief in response to the defendant's motion to suppress, (filing no. 29), is granted.

2) The government's responsive brief shall be filed on or before June 24, 2009.

DATED this 22nd day of June, 2009.

BY THE COURT:

*S/Richard G. Kopf*
United States District Judge