IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>) <br>v. )<br>)<br>MATTHEW A. CAMPBELL, )<br>)<br>Defendant. )<br>) | 4:09CR3023<br><br>ORDER |

The records of the court show that on March 6, 2009 (Filing No. 11), a letter was sent to attorney Sanford J. Pollack from the Office of the Clerk directing that Mr. Pollack register for the U.S. District Court of Nebraska's Case Management/Electronic Case Files System ("System.").

As of June 29, 2009, the attorney has not complied with the request set forth in the letter from the Office of the Clerk.

IT THEREFORE HEREBY IS ORDERED,

On or before July 13, 2009, Attorney Sanford J. Pollack shall register for the System or show cause by written affidavit why he cannot comply with the rules of the court.

DATED:  June 29, 2009.

BY THE COURT:
*s/Richard G. Kopf*
United States District Judge