IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:09CR3023 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| MATTHEW A. CAMPBELL, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant filed a motion to modify conditions of release, (filing no. 24), requesting removal of pretrial release conditions imposing electronic monitoring and restricting the defendant's contact with children other than his fiancé's children. In response to the court's order dated June 17, 2009, (filing no. 28), the parties have conferred and filed a stipulation for modifying the release conditions at issue. (Filing No. 34). Having reviewed the terms of the parties' stipulation, the court finds the terms set forth in the stipulation are appropriate, and the defendant's pretrial release conditions should be modified accordingly.

IT IS ORDERED that the defendant's motion to modify conditions of release, (filing no. 24), is granted, and the defendant's pretrial release conditions are modified as set forth in the parties' stipulation, (filing no. 34.).

DATED this 30th day of June, 2009.

BY THE COURT:

*s/Richard G. Kopf*
United States District Judge