IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3023 |
| | ) | |
| v. | ) | |
| | ) | |
| MATTHEW A. CAMPBELL, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Sanford Pollack, one of the defendant's retained counsel, has moved to withdraw. (Filing No. 36). Sean Brennan remains an attorney of record for the defendant. Accordingly,

IT IS ORDERED that the motion to withdraw filed by Sanford Pollack, (filing no. 36), is granted.

DATED this 16th day of July, 2009.

BY THE COURT:

*s/Richard G. Kopf*
United States District Judge