IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:09CR3023 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MATTHEW A. CAMPBELL, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)  The defendant's motion to continue trial (filing 49) is granted.

(2)  Trial of this case is continued to November 16, 2009, before the undersigned United States district judge, for four days, in Lincoln, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

(3)  The time between today's date and the new trial date is excluded under the Speedy Trial Act and in the interest of justice. See 18 U.S.C. § 3161.

Dated August 19, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge