IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3023 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| MATTHEW A. CAMPBELL, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant's counsel, Sean Brennan, has represented the defendant in this case since March 31, 2009, and a change of plea hearing is now scheduled for March 24, 2010. The defendant has moved for appointed counsel, stating he can no longer afford representation. Filing No. 56. Based on defendant's financial affidavit of record, (filing no. 57), the defendant is eligible for appointed counsel at this time. Sean Brennan has advised the court that he is willing to be appointed as counsel for the defendant.

Accordingly,

IT IS ORDERED that the defendant's motion to appoint counsel, (filing no. 56), is granted, and

1) Since this case is approaching final disposition, to avoid interruption and delay, and to provide continuity in defendant's representation, the court hereby appoints Sean Brennan as counsel for the defendant pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A(a)(1).

2) The Clerk of the court shall mail a copy of this memorandum and order to David Stickman, Federal Public Defender. David Stickman shall provide Mr. Brennan with the appropriate CJA voucher.

February 9, 2010.

BY THE COURT:
s/ *Cheryl R. Zwart*
United States Magistrate Judge