IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:09CR3023 |
| V. | ) | |
| MATTHEW A. CAMPBELL, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The defendant's motion to continue sentencing hearing (filing 72) is granted.

(2) Defendant Campbell's sentencing is continued to Wednesday, July 7, 2010, at 1:00 p.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

DATED this 6th day of May, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge