IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3023 |
| | ) | |
| V. | ) | |
| | ) | |
| MATTHEW A. CAMPBELL, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant has filed an Unopposed Motion to Extend Filing Deadline seeking to file objections and motions to the presentence report on or before June 23, 2010. The government does not object. The motion will no delay sentencing.

IT IS ORDERED that:

1. The Unopposed Motion to Extend Filing Deadline (filing 76) is granted and Defendant shall have until June 23, 2010 to file objections and motions.

2. On or before June 23, 2010, Defendant shall clarify whether he stands by Objection to Presentence Report. (Filing 75.)

3. My judicial assistant shall call this matter to my attention on June 24, 2010 for the issuance of Tentative Findings.

DATED this 1st day of June, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge