IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3023 |
| | ) | |
| v. | ) | |
| | ) | |
| MATTHEW A. CAMPBELL, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

Upon defendant's unopposed motion to permit travel, (filing no. 85),

IT IS ORDERED that the defendant is permitted to travel from his home in Valparaiso, Nebraska, to his mother's family reunion in Fort Wayne, Indiana, leaving Valparaiso, Nebraska on August 12, 2010 and returning to his residence in Valparaiso, Nebraska by 10:00 p.m. on August 17, 2010.

DATED this 27th day of July, 2010.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge