IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3023 |
| | ) | |
| V. | ) | |
| | ) | |
| MATTHEW A. CAMPBELL, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

I am in receipt of a letter dated August 6, 2010, from the government. The letter was received in my chambers on August 9, 2010. Accordingly,

IT IS ORDERED that:

(1) The Clerk shall file the letter as a restricted document.

(2) I intend to take judicial notice of the letter. If any party has an objection to the undersigned taking judicial notice of the letter, a written objection shall be filed no later than the close of business on August 24, 2010. If an objection is filed, I will resolve the objection after I review it.

DATED this 17th day of August, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge