IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3023 |
| | ) | |
| V. | ) | |
| | ) | |
| MATTHEW A. CAMPBELL, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

I am in receipt of a letter from defense counsel attaching a supplemental report from Dr. Ritchie. The letter was received in my chambers on August 26, 2010. Accordingly,

IT IS ORDERED that:

(1)    The Clerk shall file the letter and supplemental report as a restricted document.

(2)    I intend to take judicial notice of the letter and supplemental report. If any party has an objection to the undersigned taking judicial notice of the letter, a written objection shall be filed no later than the close of business on September 2, 2010. If any objection is filed, I will resolve the objection after I review it.

Dated August 26, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge