IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:09CR3023 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| MATTHEW A. CAMPBELL, | ) | |
| | ) | |
| Defendant. | ) | |

At the court's suggestion, and with the agreement of counsel,

IT IS ORDERED that Defendant Campbell's sentencing is rescheduled to Tuesday, September 14, 2010, at 8:15 a.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

Dated August 31, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge